**Exhibit A to the Complaint**

**Location:** La Jolla, CA  **IP Address:** 70.95.169.75
**Total Works Infringed:** 40  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7D633903A48DDBF3B9C5F920F437C373513C1A9C<br>File Hash: 32657FF0FD830D3F5C2228A364C4EAE039B72EB36884CC3C7ACCFF896A879C67 | 03-07-2022 18:13:27 | Blacked | 03-26-2017 | 06-05-2017 | PA0002052857 |
| 2 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 03-07-2022 14:59:35 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 3 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 03-07-2022 14:58:36 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 4 | Info Hash: E0C2F64ECFD6DB1EB77F02C9FBA5C1778743591E<br>File Hash: 16387FCB67B53075DB09FBD0DB8786666FF5A244271D1C3E87E825762F7D392A | 03-07-2022 11:48:45 | Blacked | 04-15-2018 | 05-23-2018 | PA0002101306 |
| 5 | Info Hash: 0E75944FAB57D57F3D91B0550A793F6BA581AAFA<br>File Hash: DA1B5DB0C5D802C8FEABD28D893B0E67A52001D59460F9712926693F944E7C98 | 03-07-2022 11:48:14 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 6 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 03-07-2022 11:47:10 | Blacked | 04-25-2018 | 06-19-2018 | PA0002126642 |
| 7 | Info Hash: 13F8B657984BB039924814A1A97078E76113ADE6<br>File Hash: 44C58188ADA97C1837831630AA62EEEA15953DFB023B4A201BA93CD4033CEDCF | 03-06-2022 16:25:15 | Blacked | 02-24-2018 | 03-01-2018 | PA0002079184 |
| 8 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 03-06-2022 16:13:55 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 3A5E4C415C76A3E2F8353AEA8AA6257537CF36EE<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 03-06-2022 16:12:34 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 10 | Info Hash: C48F2225CFC83431D372530B844C1A33F787C036<br>File Hash: 6BD50384C2A3D1B2EB118CCD6446810BFA75029F99661CE43DE6218B26DE128D | 03-06-2022 16:09:34 | Blacked | 04-20-2018 | 05-23-2018 | PA0002101307 |
| 11 | Info Hash: 2B47AB1AC715202A682205DE2386E9131256D398<br>File Hash: 0EEE2F09CC14982FAD75DF20B02318B6C7DAF517D45ECB63ADF3B8B54CCB7A23 | 03-06-2022 16:05:30 | Blacked | 01-25-2018 | 03-02-2018 | PA0002104748 |
| 12 | Info Hash: FDAFB6514A92CABEE331EFE806E06E36AAEE19C5<br>File Hash: 68ED6A95AB2DCBC2551585DA2E428A2B9A052774D64B8426A22A6FFA825629F1 | 03-06-2022 16:03:34 | Blacked | 06-09-2018 | 07-14-2018 | PA0002130453 |
| 13 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 03-06-2022 16:01:10 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 14 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 03-06-2022 15:57:51 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 15 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 03-06-2022 15:56:21 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 16 | Info Hash: 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5<br>File Hash: BDA4C088BED8C71E60817F42F99A1FDE8F7F9E5D6112F08E2A704F70C8DECC2C | 03-06-2022 15:55:50 | Blacked | 05-05-2018 | 05-24-2018 | PA0002101366 |
| 17 | Info Hash: E012337CB067C9F14FB80B448FC4CFC55B70C880<br>File Hash: 5F37C252898DFE75203BBCFEE4E7222A80CAE728C8B9D8A541634A10ED887249 | 03-06-2022 15:47:06 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: EDEFF260580ABC2B4E7E910F8D43B87A326D4F1D<br>File Hash: 6D9DF80B165F756F81B57875E84BBC91BF9799194751401B5DF52D57212B33A1 | 03-06-2022 15:40:05 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 19 | Info Hash: 8AFE3E6F75E69A31CB5DB806DABC569DDA4167CF<br>File Hash: 4530C31BE0BE1751BAC6A743A3DA86C6445B510404BAD828D470B7243C319815 | 03-06-2022 15:39:08 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 20 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 03-06-2022 15:38:39 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 21 | Info Hash: E3F0FF78EAEEB2558ADCB68ACF778838B342BE38<br>File Hash: A1304922349D3DDEA59E77534DE42265DEDF7BB981BA11030BA35B0BF04A3BF9 | 03-06-2022 15:38:12 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 22 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 03-06-2022 13:38:49 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 23 | Info Hash: 91398B13F8A9800F779853A4C5FB134C59AE5780<br>File Hash: 37CB4080AA44A11A1A38050343489720F7421EDCD48A678DBBB6893999C060A1 | 03-06-2022 13:36:19 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 24 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 03-06-2022 06:04:23 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 25 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 03-06-2022 06:02:51 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 26 | Info Hash: 872416BB25212A95AD22A1EC4DA21B34805979C2<br>File Hash: 634BA26A78F4AA4A3DC59961AA674022CD4EE786DCAAA7C939D8D04816423C23 | 03-06-2022 06:01:31 | Blacked Raw | 02-26-2018 | 03-02-2018 | PA0002104869 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD<br>File Hash: 801BC053AC78CEDC56C3027F83372479B9509FACAF125689D73D42AA9B3E67EA | 03-06-2022 05:49:58 | Blacked | 09-27-2017 | 10-10-2017 | PA0002057451 |
| 28 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-05-2022 23:51:45 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 29 | Info Hash: 2C87C60C1780C78E400F9EF552F85B1954FE1985<br>File Hash: 4EAF5419CA409C379D27B8AB3A4A07121E433977C9A6F7ACB185636117A544BE | 01-29-2022 03:42:03 | Blacked Raw | 01-07-2019 | 02-02-2019 | PA0002155390 |
| 30 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 01-29-2022 03:41:36 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 31 | Info Hash: AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash: D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 01-29-2022 03:37:14 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 32 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 01-29-2022 02:36:11 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 33 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC<br>File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 01-28-2022 06:18:38 | Blacked Raw | 11-28-2018 | 01-22-2019 | PA0002149836 |
| 34 | Info Hash: B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash: 148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 01-27-2022 16:13:13 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |
| 35 | Info Hash: 016161E8AA898792B643580F2DB238D327C6ACC3<br>File Hash: 953828B3BE15991749CC09CA4AAB940EBF9ED677ECBFCDB9F3C993294444E817 | 01-27-2022 13:24:48 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 37169DE42EF502B42C2088D3ECF0802222968CF8<br>File Hash: 66625FDB14947F60BCA7159CF845D2F1DB1D6AEB657389B2E30DC51728758817 | 01-27-2022 13:20:18 | Blacked Raw | 07-31-2018 | 09-05-2018 | PA0002134603 |
| 37 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 01-27-2022 13:11:33 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 38 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 01-27-2022 13:08:15 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 39 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 01-27-2022 07:33:58 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 40 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash: C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 01-27-2022 07:22:55 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |