Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 70.95.169.75,<br><br>            Defendant. | Case No.: 3:22-cv-00476-LL-MDD<br><br>Judge Linda Lopez<br><br>**PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

     Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this application for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

     1.    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

1

Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate
Service on John Doe Defendant
Case No. 3:22-cv-00476-LL-MDD

2. On May 5, 2022, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 5]. Plaintiff issued the subpoena on or about May 16, 2022 and received the ISP's response on or about July 6, 2022.

3. Plaintiff is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effect service of process on that individual.

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than July 7, 2022.

5. Procedurally, Plaintiff respectfully requests that the time within which it has to effect service of the summons and Complaint on Defendant be extended an additional sixty (60) days, and thus the deadline to effect service be extended to September 5, 2022. This extension should allow Plaintiff time to complete its further investigation, and, if a good faith basis continues to exist, to proceed against that individual (or someone else), file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process on the Defendant.

6. This application is made in good faith and not for the purpose of undue delay.

7. This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be

2

Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 3:22-cv-00476-LL-MDD

extended until September 5, 2022. A proposed order is attached for the Court's convenience.

Dated: July 7, 2022                                   Respectfully submitted,

                                                     By: /s/ Lincoln D. Bandlow
                                                     Lincoln D. Bandlow, Esq.
                                                     **Law Offices of Lincoln Bandlow, PC**
                                                     Attorney for Plaintiff
                                                     Strike 3 Holdings, LLC

3

Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate
Service on John Doe Defendant
Case No. 3:22-cv-00476-LL-MDD