# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 70.95.169.75,<br><br>　　　　　　　　　　Defendant. | Case No.: 22cv476-LL-MDD<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO EFFECTUATE SERVICE**<br><br>**[ECF No. 6]** |

　　　　Presently before the Court is Plaintiff Strike 3 Holdings, LLC's ("Plaintiff") Ex Parte Motion for Application for Extension of Time Within Which to Effectuate Service of John Doe Defendant. ECF No. 6.

　　　　Plaintiff commenced this copyright infringement lawsuit on April 8, 2022. ECF No. 1. Plaintiff does not know Defendant John Doe's true identity; Plaintiff only knows Defendant's Internet Protocol ("IP") address. On May 5, 2022, Magistrate Judge Mitchell D. Dembin granted Plaintiff leave to serve a third-party subpoena on Defendant's Internet Service Provider ("ISP") to obtain Defendant's identifying information. ECF No. 5.

Plaintiff issued the third-party subpoena on May 16, 2022. ECF No. 6 ¶ 2. Plaintiff received the ISP's response on July 6, 2022, approximately one day before Plaintiff's deadline to effectuate service pursuant to Federal Rule of Civil Procedure 4(m). *Id.* Plaintiff therefore seeks an extension from July 7, 2022, in which to effectuate service on Defendant.[1] *Id.* ¶ 5. Plaintiff asserts that a sixty (60) day extension is necessary to allow it to "complete its further investigation" and "to complete its further investigation, and, if a good faith basis continues to exist, to proceed against that individual (or someone else)." *Id.*

Having reviewed Plaintiff's submission and good cause having been found, the Court **GRANTS** Plaintiff's application and **ORDERS** Plaintiff to effectuate service of the summons and complaint on Defendant no later than **September 5, 2022**.

**IT IS SO ORDERED.**

Dated: July 8, 2022

_____
Honorable Linda Lopez
United States District Judge

---

[1] In the future, Plaintiff must move for an extension of time before the deadline.